JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CASE NO. SACV 25-1380-GW-AYPx |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROBERT ALEXANDER DRIESLEIN AND BOBBY DEE PRESENTS, LLC** |
| vs. | |
| Robert Alexander Drieslein, et al | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ROBERT ALEXANDER DRIESLEIN and BOBBY DEE PRESENTS, LLC that the above-entitled action is hereby dismissed ***with prejudice*** against ROBERT ALEXANDER DRIESLEIN and BOBBY DEE PRESENTS, LLC***, and the action, in its entirety***.

[Proposed] ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 8:25-cv-01380-GW-AYP
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: July 10, 2026

**HON. GEORGE H. WU,**
**United States District Judge**

**[Proposed] ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 8:25-cv-01380-GW-AYP**
**PAGE 2**